KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER     21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
ROSA VALDEZ and ANDRES MORA,
                                                                    DOCKET NO.:
                                                                    08 CV 2727
                        Plaintiffs,
    -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,        NOTICE OF
GPS ENVIRONMENTAL CONSULTANTS, INC.,       APPEARANCE
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, TRC ENGINEERS, INC.,
AND ZAR REALTY MANAGEMENT CORP., ET AL.

                        **Defendants.**
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for:

           **CUNNINGHAM DUCT WORK s/h/i/a**
           **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 22, 2008

<u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
   Attorney for Plaintiffs
   **ROSA VALDEZ and ANDRES MORA**
   115 Broadway - 12th Floor
   New York, New York 10006
   (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 22nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ROSA VALDEZ and ANDRES MORA**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**