KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**IN RE COMBINED WORLD TRADE CENTER**   21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-----------------------------------------------------------------X
ROSA VALDEZ and ANDRES MORA,
                                                                              DOCKET NO.:
                                                                              08 CV 2727
                    Plaintiffs,

    -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,       NOTICE OF
GPS ENVIRONMENTAL CONSULTANTS, INC.,      ADOPTION OF
INDOOR ENVIRONMENTAL TECHNOLOGY,          ANSWER TO MASTER
INC., LAW ENGINEERING, P.C., MERRILL      COMPLAINT
LYNCH & CO., INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, TRC ENGINEERS, INC.,
AND ZAR REALTY MANAGEMENT CORP., ET AL.

                    Defendants.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      May 2, 2008

<u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **ROSA VALDEZ and ANDRES MORA**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 2nd day of May, 2008.

     CHRISTOPHER R. LaPOLA, ESQ.,
     WORBY GRONER EDELMAN & NAPOLI BERN, LLP
     Attorney for Plaintiffs
     **ROSA VALDEZ and ANDRES MORA**
     115 Broadway 12th Floor
     New York, New York 10006

*[signature]*
**KEVIN G. HORBATIUK**