UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

**21 MC 102 (AKH)**

IN RE:  LOWER MANHATTAN
MANHATTAN DISASTER SITE LITIGATION

————————————————————————————

ROSA VALDEZ AND ANDRES MORA,                    08-CIV-2727 (AKH)

                              Plaintiffs,

     -against-

100 CHURCH, LLC, ET. AL.,

                              Defendants.

————————————————————————————

### <u>NOTICE OF APPEARANCE</u>

        Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm

of  Whiteman Osterman & Hanna LLP,  as counsel for Defendant TRC Engineers, Inc. in the

above-captioned actions.

Dated:  Albany, New York
        May 15, 2008                    WHITEMAN OSTERMAN & HANNA LLP

                                        /s/ John J. Henry
                          BY:     _____
                                        John J. Henry (JH-7137)
                                        William S. Nolan (WN-8091)
                                        Attorneys for Defendant TRC Engineers, Inc.
                                        One Commerce Plaza
                                        Albany, New York  12260
                                        (518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer