UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ROSA VALDEZ (AND HUSBAND, ANDRES MORA), | 08-CV-02727-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | **ELECTRONICALLY FILED** |
| 100 CHURCH, LLC, *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        June 30, 2008

                            By:     /s/ Judith R. Cohen
                            _____
                            Judith R. Cohen (JC-8614)
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Phone: (212) 277-6500
                            Fax: (212) 277-6501

                            *Attorney for Defendant*
                            MERRILL LYNCH & CO., INC.


DOCSNY-314409